# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | <u>Sutton v. Noel, et al.</u> | : | CIVIL ACTION NO. 1:19-CV-6 |
| | | : | |
| Inmate: | Kelvin Sutton | : | (Chief Judge Conner) |
| | | : | |
| ID: | CK-4013 | : | |

## **ORDER**

On January 2, 2019, plaintiff lodged the above-captioned civil rights case without submitting a filing fee or the updated application to proceed *in forma pauperis*. (Doc. 1).

Accordingly, an updated Administrative Order issued on January 7, 2019, informing the plaintiff that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $400.00 or submitted a fully completed and updated application to proceed *in forma pauperis*. The court enclosed the updated application to proceed *in forma pauperis* with the Administrative Order. (Doc. 5).

Plaintiff has submitted various filings in the interim, including a document entitled "Face Cover Change," a Prisoner Trust Fund Account Statement, United States Marshal Forms, and an older version of the application to proceed *in forma pauperis*. (Docs. 6-9). However, plaintiff has failed to submit the updated *in forma pauperis* application as required by the Administrative Order.

More than thirty (30) days have elapsed and the plaintiff has neither made an appropriate submission nor has he requested an additional extension of time in which to pay the filing fee or to submit the appropriate financial forms.

Therefore, it is hereby ORDERED that this action is dismissed without prejudice, and the Clerk of Court shall close this case.

          /S/ C<small>HRISTOPHER</small> C. C<small>ONNER</small>
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

Date:    February 27, 2019